Prob 12B

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is attached)*

Offender Name:    Melissa Starr                    Docket No.:    1:06 CR 082 -001

Name of Sentencing Judicial Officer:    Daniel L. Hovland

Date of Original Sentence:    November 15, 2007

Original Offense:    Embezzlement

Original Sentence:    18 months prison  -  36 months TSR

Type of Supervision:    Supervised Release        Date Supervision Commenced:    2/27/09

---

## PETITIONING THE COURT

{ }    To Extend the term of supervision _____ year(s), for a total term of _____ years.

X    To modify the conditions of supervision as follows:    **The defendant shall submit to regular electronic alcohol monitoring, which may include the use of a "Sobrietor" connected to her residential telephone and power source, at the direction of her supervising probation officer. The defendant may be responsible for payment of such services if determined by the probation officer to have the financial ability to pay.**

## CAUSE

The defendant was arrested on March 23, 2009, by Dunn County authorities and charged with Driving Under the Influence of Alcohol. A blood sample collected from the defendant revealed a .24 BAC. The defendant has agreed to this action and signed Prob 49. (Attached)

Respectfully Submitted,

/s/Timothy P. Kramer                            4/14/09

Timothy P. Kramer                               Date
U.S. Probation Officer

Starr, Melissa
Page 2

{ }   No Action

{ }   The Extension of Supervision as Noted Above

{✓}   The Modification of Conditions as Noted Above

{ }   Other

Daniel L. Hovland, Chief Judge                    Date
United States District Court

4·14·09

PROB 49

Waiver of Hearing to Modify Conditions of Probation/
Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
### For The
### District of North Dakota

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

The defendant shall submit to regular electronic alcohol monitoring, which may include the use of a "Sobrietor" connected to her residential telephone and power source, at the direction of her supervising probation officer. The defendant may be responsible for payment of such services if determined by the probation officer to have the financial ability to pay.

DATED: April 10, 2009

Witness: _____        Signed: _____
Timothy P. Kramer                                     Melissa Starr
U.S. Probation Offi                                    Supervised Releasee